SOLOMON PEARL BLUM HEYMANN & STICH LLP
Attorneys for Defendant
Bradford Black
40 Wall Street
35th Floor
New York, New York 10005
(212) 267-7600
David P. Stich (DPS #9096)
Jill H. Teitel (JT#8559)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
ISAAC STENGEL,                                   :   08 Civ. 00416 (GEL)
                                                 :
            Plaintiff,                           :
                                                 :   **NOTICE OF MOTION**
    -against-                                    :
                                                 :
BRADFORD BLACK,                                  :
                                                 :
            Defendant.                           :
- - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE, that upon the annexed affidavit of Jill H. Teitel, Esq. sworn to on the 11th day of February, 2008, the exhibits annexed thereto; and upon all other papers filed and proceedings heretofore had herein, Dr. Black will move this Court before the Honorable Gerard E. Lynch, United States District Judge, United States Court House, 500 Pearl Street, Courtroom 6B, New York, New York 10007, on March 11, 2008 for an order: dismissing this action pursuant to Fed. R. Civ. P. 12(b)(1)(2) and (6) and (2) granting Dr. Black such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that opposition papers shall be served pursuant to the Local Civil Rules of this Court on or before February 22, 2008; reply papers shall be served five business days plus any additional days pursuant to Fed. R. Civ. P. 6(e) after service of any opposition papers.

Dated:   New York, New York
         February 11, 2008

                                                SOLOMON PEARL BLUM HEYMANN
                                                & STICH LLP

By: _____
    Jill H. Teitel (JHT #8559)
    David P. Stich (DPS #9096)
    Attorneys for Defendant
    Bradford Black
    40 Wall Street, 35th Floor
    New York, New York 10005
    Telephone: (212) 267-7600
    Telecopier: (212) 267-2030

To:   ISAAC STENGEL
      Plaintiff Pro Se
      c/o Diamond Dealers Club
      11 W. 47th Street
      New York, New York 10036
      (917) 416-1759