UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -X
ISAAC STENGEL,                             :
                                           :
              Appellant,                   :   Index No. 08Civ00416 (GEL)
                                           :
      -against-                            :
                                           :
BRADFORD BLACK,                            :
                                           :   AFFIDAVIT OF SERVICE
              Respondent.                  :
- - - - - - - - - - - - - - - - - - - - -X

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

     Yesenia Zea, being duly sworn, hereby deposes and says:

1. I am over eighteen years of age, not a party to this action and reside in Queens, New York.

2. On February 11, 2008 served a copy of the annexed NOTICE OF MOTION by depositing the same, enclosed in a securely sealed first class postage paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed to:

     Isaac Stengel
     Pro Se Isaac Stengel
     c/o Diamond Dealers Club
     11 W. 47th Street
     New York, New York 10036

_____
                Yesenia Zea

Sworn to before me this
13th Day of February, 2008

_____
    Notary Public

DAVID P. STICH
Notary Public, State Of New York
No. 02ST4981028
Qualified In New York County
Commission Expires May 6, 20 _10_