UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -X
ISAAC STENGEL,                           :
                                         :
             Appellant,                  :    Index No. 08Civ00416 (GEL)
                                         :
    -against-                            :
                                         :
BRADFORD BLACK,                          :
                                         :    AFFIDAVIT OF SERVICE
             Respondent.                 :
- - - - - - - - - - - - - - - - - - - - -X

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

    Yesenia Zea, being duly sworn, hereby deposes and says:

1. I am over eighteen years of age, not a party to this action and reside in Queens, New York.

2. On February 11, 2008 served a copy of the annexed AFFIDAVIT OF BRADFORD BLACK by depositing the same, enclosed in a securely sealed first class postage paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed to:

    Isaac Stengel
    Pro Se Isaac Stengel
    c/o Diamond Dealers Club
    11 W. 47th Street
    New York, New York 10036

_____
Yesenia Zea

Sworn to before me this
11th Day of February, 2008

_____
Notary Public

Maria Tzokova Natseva
Notary Public, State of New York
Registration No. 02TZ6134544
Qualified in Westchester County
My Commission Expires October 3, 20 09