SOLOMON PEARL BLUM HEYMANN & STICH LLP
Attorneys for Defendant
Bradford Black
40 Wall Street-35th Floor
New York, New York 10005
(212) 267-7600
David P Stich (DPS #9096)
Jill H. Teitel (JHT #8559)

DANIELS, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 29 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ISAAC STENGEL,                           :    08 Civ. 00416 (GBD)
                                         :
              Plaintiff,                 :
                                         :
       -against-                         :    STIPULATION
                                         :    & ORDER
BRADFORD BLACK,                          :
                                         :
              Defendant.                 :
------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorney and party that the time of the plaintiff to respond to the Motion to Dismiss is herein is hereby further extended to, and includes, March 3, 2008. The time for the defendant to reply to its Motion to Dismiss will be extended to March 10, 2008. The Plaintiff and the undersigned attorney for the defendant must serve any papers relevant to the defendant's Motion to Dismiss by overnight courier. This stipulation may be signed in counterparts which, when taken together, shall be considered a single original.

Case 1:08-cv-00416-GBD  Document 17  Filed 02/29/2008  Page 1 of 3

SOLOMON PEARL BLUM HEYMANN & STICH LLP
Attorneys for Defendant
Bradford Black
40 Wall Street-35th Floor
New York, New York 10005
(212) 267-7600
David P Stich (DPS #9096)
Jill H. Teitel (JHT #8559)

Facsimile signatures shall be accepted as original signatures.

Dated: New York, New York
February 21, 2008

SOLOMON PEARL BLUM HEYMANN & STICH LLP

By:_____
Jill H. Teitel
40 Wall Street, 35th Floor
New York, New York 10005
Tel: (212) 267-7600

Plaintiff

*[signature]*
Isaac Stengel

Facsimile signatures shall be accepted as original signatures.

Dated: New York, New York
February 21, 2008

SOLOMON PEARL BLUM HEYMANN & STICH LLP

By: _____
David P. Stich
A Member of the Firm
Attorneys for Defendant
40 Wall Street, 35th Floor
New York, New York 10005
Tel: (212) 267-7600

Plaintiff

_____
Isaac Stengel

SO ORDERED:

FEB 29 2008

_____
U.S.D.J.
HON. GEORGE B. DANIELS