UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **25**

U.S.C.A. # _____

*Stengel*

-v-

*Black*

U.S.D.C. # 08-CV-0416

JUDGE: GBD

DATE: June 3, 2008

[Stamp: JUN 03 2008]

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------

DOCUMENT DESCRIPTION                                                DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

(✓) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 3rd Day of June, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

*Stengel*

-v-

*Block*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08 cv 0416

JUDGE: GBD

DATE: June 3, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |
| | |
| | **BALANCE OF FILE MISSING AT THIS TIME** |
| | |
| | |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 3RD Day of June In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00416-GBD
### Internal Use Only

Stengel v. Black
Assigned to: Judge George B. Daniels
Cause: 28:1331 Fed. Question

Date Filed: 01/16/2008
Date Terminated: 05/01/2008
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2008 | 1 | COMPLAINT against Bradford Black. (Filing Fee $ 350.00, Receipt Number 638461)Document filed by Isaac Stengel.(rdz) (Entered: 01/17/2008) |
| 01/16/2008 | | SUMMONS ISSUED as to Bradford Black. (rdz) (Entered: 01/17/2008) |
| 01/16/2008 | | CASE REFERRED TO Judge Gerard E. Lynch as possibly Similar to 03cv495. (rdz) (Entered: 01/17/2008) |
| 01/29/2008 | | CASE DECLINED AS NOT SIMILAR. Case referred as similar to 1:03-cv-495 and declined by Judge George B. Daniels and returned to wheel for assignment. (laq) (Entered: 02/01/2008) |
| 01/29/2008 | 2 | NOTICE OF CASE ASSIGNMENT to Judge George B. Daniels. Unassigned is no longer assigned to the case. (laq) (Entered: 02/01/2008) |
| 01/29/2008 | | Magistrate Judge Kevin N. Fox is so designated. (laq) (Entered: 02/01/2008) |
| 02/01/2008 | | Mailed notice to the attorney(s) of record. (laq) (Entered: 02/01/2008) |
| 02/05/2008 | 3 | ORDER RE SCHEDULING AND INITIAL PRETRIAL CONFERENCE: Initial Conference set for 5/1/2008 at 09:30 AM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge George B. Daniels. (Signed by Judge George B. Daniels on 2/5/08) (db) (Entered: 02/05/2008) |
| 02/13/2008 | 4 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - MOTION to Dismiss. Document filed by Bradford Black.(Teitel, Jill) Modified on 2/14/2008 (KA). (Entered: 02/13/2008) |
| 02/13/2008 | 5 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - MOTION to Dismiss (Affidavit of Service of Notice of Motion). Document filed by Bradford Black.(Teitel, Jill) Modified on 2/14/2008 (KA). (Entered: 02/13/2008) |
| 02/13/2008 | 6 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - MOTION to Dismiss (Memorandum of Law in Support of Defendant's Motion to Dismiss Complaint). Document filed by Bradford Black.(Teitel, Jill) Modified on 2/14/2008 (KA). (Entered: 02/13/2008) |
| 02/13/2008 | 7 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - MOTION to Dismiss (Affidavit of Service of Memorandum of Law in Support of Defendant's Motion to Dismiss). Document filed by Bradford Black.(Teitel, Jill) Modified on 2/14/2008 (KA). (Entered: 02/13/2008) |
| 02/13/2008 | 8 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - MOTION to Dismiss (Affidavit of Jill Teitel in Support of Defendant's Motion to Dismiss). Document filed by Bradford Black. (Attachments: # 1 Exhibit)(Teitel, Jill) Modified on 2/14/2008 (KA). (Entered: 02/13/2008) |
| 02/13/2008 | 9 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - MOTION to Dismiss (Affidavit of Service of Affidavit of Jill Teitel in Support of Defendant's Motion to Dismiss). Document filed by Bradford Black.(Teitel, Jill) Modified on 2/14/2008 (KA). (Entered: 02/13/2008) |
| 02/13/2008 | 10 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - MOTION to Dismiss (Affidavit of Bradford Black). Document filed by Bradford Black. (Attachments: # 1 Exhibit Exhibits)(Teitel, Jill) Modified on 2/14/2008 (KA). (Entered: 02/13/2008) |
| 02/13/2008 | 11 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - MOTION to Dismiss (Affidavit of Service of Affidavit of Bradford Black). Document filed by Bradford Black.(Teitel, Jill) Modified on 2/14/2008 (KA). (Entered: 02/13/2008) |
| 02/13/2008 | 12 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Bradford Black served on 1/24/2008, answer due 2/13/2008. Service was accepted by by personal service. Document filed by Isaac Stengel. (djc) (Entered: 02/20/2008) |
| 02/14/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Jill Heather Teitel to MANUALLY RE-FILE Document Motion to Dismiss, Document No. 4. This case is not ECF. (KA) (Entered: 02/14/2008) |
| 02/14/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Jill Heather Teitel to MANUALLY RE-FILE Document Affidavit of Service, Document No. 5. This case is not ECF. (KA) (Entered: 02/14/2008) |
| 02/14/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Jill Heather Teitel to MANUALLY RE-FILE Document Memorandum of Law in Support of Motion, Document No. 6. This case is not ECF. (KA) (Entered: 02/14/2008) |
| 02/14/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Jill Heather Teitel to MANUALLY RE-FILE Document Affidavit of Service, Document No. 7. This case is not ECF. (KA) (Entered: 02/14/2008) |
| 02/14/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Jill Heather Teitel to MANUALLY RE-FILE Document Affidavit in Support of Motion, Document No. 8. This case is not ECF. (KA) (Entered: 02/14/2008) |
| 02/14/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Jill Heather Teitel to MANUALLY RE-FILE Document Affidavit of Service, Document No. 9. This case is not ECF. (KA) (Entered: 02/14/2008) |
| 02/14/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Jill Heather Teitel to MANUALLY RE-FILE Document Affidavit of Bradford Black in Support of Motion, Document No. 10. This case is not ECF. (KA) (Entered: 02/14/2008) |

| Date | No. | Description |
|---|---|---|
| 02/14/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Jill Heather Teitel to MANUALLY RE-FILE Document Affidavit of Service of Affidavit of Bradford Black, Document No. 11. This case is not ECF. (KA) (Entered: 02/14/2008) |
| 02/15/2008 | 13 | AFFIDAVIT of Bradford Black in Support of motion for an order dismissing this action against him. Document filed by Bradford Black. (djc) (Entered: 02/22/2008) |
| 02/15/2008 | 14 | AFFIDAVIT of Jill H. Teitel in Support of Defendant's Motion to Dismiss. Document filed by Bradford Black. (rw) (Entered: 02/25/2008) |
| 02/15/2008 | 15 | MEMORANDUM OF LAW in Support of Defendant's Motion to Dismiss Complaint. Document filed by Bradford Black. (rw) (Entered: 02/25/2008) |
| 02/15/2008 | 16 | MOTION to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1)(2) and (6) and (2). Document filed by Bradford Black.(rw) (Entered: 02/25/2008) |
| 02/29/2008 | 17 | STIPULATION AND ORDER; that the time for plaintiff to respond to the Motion to Dismiss is hereby further extended to, and includes, 3/3/08. The time for the defendant to reply to its Motion to Dismiss will be extended to 3/10/08. Set Deadlines/Hearing as to 16 MOTION to Dismiss. :( Responses due by 3/3/2008, Replies due by 3/10/2008.) (Signed by Judge George B. Daniels on 2/29/08) (ae) (Entered: 02/29/2008) |
| 02/29/2008 | 18 | AFFIDAVIT of Isaac Stengel in Opposition re: 16 MOTION to Dismiss. Document filed by Isaac Stengel. (rw) (Entered: 03/03/2008) |
| 03/11/2008 | 19 | REPLY MEMORANDUM OF LAW in Support of 16 Defendant's MOTION to Dismiss. Document filed by Bradford Black. (jpo) (Entered: 03/12/2008) |
| 04/30/2008 | 20 | ORDER that upon due consideration of the motion and submission of the parties, defendant's motion to dismiss is GRANTED. (Signed by Judge George B. Daniels on 4/30/08) (dle) (Entered: 04/30/2008) |
| 04/30/2008 | | Transmission to Judgments and Orders Clerk. Transmitted re: 20 Order on Motion to Dismiss, to the Judgments and Orders Clerk. (dle) (Entered: 04/30/2008) |
| 05/01/2008 | 21 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated April 30, 2008, defendants motion to dismiss is granted. (Signed by J. Michael McMahon, clerk on 5/1/08) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 05/01/2008) |
| 05/01/2008 | | Mailed notice of Right to Appeal to Pro Se Litigant(s): Isaac Stengel and to Attorney(s) of Record: Jill Heather Teitel. (jab) (Entered: 05/06/2008) |
| 05/13/2008 | 22 | NOTICE of Entry of Order and Judgment. Document filed by Bradford Black. (dle) (Entered: 05/15/2008) |
| 05/28/2008 | 24 | NOTICE OF APPEAL from 21 Clerk's Judgment. Document filed by Isaac Stengel. Filing fee $ 455.00, receipt number E 652561. Copies mailed to attorney(s) of record: Solomon, Pearl, Blum, Heymann & Stich.(tp) (Entered: 06/03/2008) |
| 05/30/2008 | 23 | MOTION for an order granting reconsideration of judgment dated 4/30/08 dismissing the complaint alleging lack of due process in issuance of default judgment in state of Ohio. Document filed by Isaac Stengel.(dle) (Entered: 06/02/2008) |
| 06/03/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 24 Notice of Appeal. (tp) (Entered: 06/03/2008) |
| 06/03/2008 | | Transmission of Notice of Appeal to the District Judge re: 24 Notice of Appeal. (tp) (Entered: 06/03/2008) |