UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ISAAC STENGEL,

                Plaintiff,

     -against-

BRADFORD BLACK,

                Defendant.

------------------------------------------------------------x

08 CV 416 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

    Plaintiff's motion for reconsideration of this Court's April 30, 2008 order of dismissal is

DENIED.

Dated: June 11, 2008
       New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge